UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

DAMIAN MARTIN, on behalf of himself and all others similarly situated,

                      Plaintiff,

Civil Action No: 1:24-cv1234

-v.-

Dennis Gross Cosmetology, LLC

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as to Plaintiff and the Defendant in the above captioned action that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** June 17, 2024

| **For Plaintiff Damian Martin** | **For Defendant** Dennis Gross Cosmetology, LLC |
|---|---|
| _s/Mark Rozenberg_<br>Mark Rozenberg<br>Stein Saks, PLLC<br>One University Plaza<br>Hackensack, NJ 07601<br>Ph:  (201) 282-6500<br>mrozenberg@steinsakslegal.com | _s/Daniel Jay Cohen_<br>Daniel Jay Cohen<br>Newman Simpson & Cohen LLP<br>25 Main Street Court Plaza North 6th floor<br>Hackensack, NJ 07601<br>Ph:  (204) 487-0200<br>dcohen@newmansimpson.com |

## **CERTIFICATE OF SERVICE**

I certify that on June 17, 2024, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Mark Rozenberg*

Mark Rozenberg
**Stein Saks, PLLC**
One University Plaza
Hackensack, NJ 07601
*Attorneys for Plaintiff*